UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 21-21555-CIV-MARTINEZ-BECERRA

PINNACLE FOODS OF CALIFORNIA, LLC,

    Plaintiff,

v.

POPEYES LOUISIANA KITCHEN, INC. *et al.*,

    Defendants.
_____/

## ORDER REQUIRING STATUS REPORT

**THIS CAUSE** came before the Court *sua sponte*. On October 28, 2022, the mediator's report filed in this case stated that the parties agreed to adjourn the mediation and continue the mediation within the next two weeks. (ECF No. 133). To date, the parties have not informed the Court of the status of their continued mediation, as required by the Court's Scheduling Order. (*See* ECF No. 37 at 4). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties shall submit a joint report **on or before November 18, 2022**, informing the Court regarding the status of mediation.

**DONE AND ORDERED** in Miami, Florida, this 16th day of November, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record